IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50825
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RAY SANTAANA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-96-CR-96-1
- - - - - - - - - -
February 21, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Ray SantaAna appeals the sentence he received after he
pleaded guilty to conspiracy to possess with intent to distribute
cocaine and distribution of cocaine.  He argues that he should
have received an adjustment for his acceptance of responsibility
of his offense.  We have reviewed the record and the briefs of
the parties and AFFIRM the sentence imposed by the district
court.  See United States v. Thomas, 12 F.3d 1350, 1372 (5th
Cir.), cert. denied, 114 S. Ct. 1861, 2119 (1994).

    AFFIRMED.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.